UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
                              :
**MICHELLE BARNES,**          :
                              :
            Plaintiff,        :                **ORDER**
                              :                15-CV-5602 (KAM)
     -against-                :
                              :
**COMMISSIONER OF SOCIAL**    :
**SECURITY,**                 :
                              :
            Defendant.        :
------------------------------x
**KIYO A. MATSUMOTO, United States District Judge:**

Plaintiff initiated this action by filing a complaint on September 23, 2015. (ECF No. 1, Complaint.) On September 29, 2015, the Clerk of Court issued plaintiff a "Notice of Deficient Filing" directing plaintiff to file the Social Security Administration's Appeals Council action letter denying review of the Administrative Law Judge's decision. (*See* ECF No. 3.) The Appeals Council action letter was filed on the court's docket on October 14, 2015. (ECF No. 5.)

Upon review of plaintiff's complaint and application to proceed *in forma pauperis*, it is hereby

ORDERED that plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor; and

ORDERED that the Clerk of this Court shall attempt to appoint an attorney from the Pro Bono Panel to represent the

above-named plaintiff, with the understanding that it is not guaranteed that an attorney will accept appointment and that plaintiff shall proceed *pro se* in the event that an attorney cannot be appointed; and

ORDERED that the Clerk of this Court shall forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendant without prepayment of fees; and it is further hereby

ORDERED that the parties adhere to the following procedures for expediting the disposition of Social Security cases:

1) Defendant shall obtain and serve upon the plaintiff the administrative record of the proceedings, which shall constitute defendant's answer, or otherwise move against the complaint within ninety (90) days of this order. If defendant is unable to file the record by that date, then defendant shall notify the court in writing before the ninety days expires. Such notification must include a request for an extension that specifies a date and demonstrates good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain

it.

2) Defendant shall move for judgment on the pleadings, unless otherwise directed by the court, by service of motion papers upon plaintiff within sixty (60) days of service of the administrative record upon the plaintiff.  If this is not possible, the court shall be notified in writing before the sixty days expires.  Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

3) Plaintiff's response papers shall be served upon defendant within sixty (60) days thereafter.  If this is not possible, the court shall be notified in writing before the sixty days expires.  Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

4) Within twenty-one (21) days of receipt of plaintiff's response (that is, by May 3, 2016), defendant shall serve its reply on plaintiff, and will also file the entire set of motion papers and the administrative record with the court.

The Clerk of Court shall mail a copy of this Order to pro se plaintiff and note service on the docket.

**SO ORDERED.**

Dated:    October 21, 2015
             Brooklyn, New York

                                            _____/s/_____
                                            **KIYO A. MATSUMOTO**
                                            United States District Judge
                                            Eastern District of New York